UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                        Case No.

APPROXIMATELY $10,251.00 IN UNITED
STATES CURRENCY,

        Defendant.

**VERIFIED COMPLAINT FOR CIVIL FORFEITURE IN REM**

The United States of America, by its attorneys, Matthew D. Krueger, United States Attorney for the Eastern District of Wisconsin, and Scott J. Campbell, Assistant United States Attorney for this district, alleges the following in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

**Nature of the Action**

1.      This is a civil action to forfeit property to the United States of America, under 21 U.S.C. § 881(a)(6), for violations of 21 U.S.C. § 841(a)(1).

**The Defendant In Rem**

2.      The defendant approximately $10,251.00 in United States currency was seized on or about March 6, 2019, from Brent Katherine at or near 3995 N. Richmond Street, Grand Chute, Wisconsin.

3.      The defendant property is presently in the custody of the United States Marshal Service in Green Bay, Wisconsin.

## Jurisdiction and Venue

4. This Court has subject matter jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355(a).

5. This Court has *in rem* jurisdiction over the defendant property under 28 U.S.C. § 1355(b).

6. Venue is proper in this district under 28 U.S.C. § 1355(b)(1), because the acts or omissions giving rise to the forfeiture occurred in this district.

## Basis for Forfeiture

7. The defendant approximately $10,251.00 in United States currency is subject to forfeiture to the United States of America under 21 U.S.C. § 881(a)(6) because it was used or intended to be used in exchange for controlled substances, represents proceeds of trafficking in controlled substances, or was used or intended to be used to facilitate a violation of 21 U.S.C. § 841(a)(1).

## Facts

8. MDMA (also known as ecstasy) is a Schedule I controlled substance under 21 U.S.C. § 812.

9. Marijuana is a Schedule I controlled substance under 21 U.S.C. § 812.

10. Cocaine is a Schedule II controlled substance under 21 U.S.C. § 812.

11. From approximately November 2016 through November 2018, a confidential informant ("CI") had been purchasing cocaine from Brent Katherine.

**November 14, 2018 controlled buy of cocaine from Brent Katherine**

12. At least during November 2018, Brent Katherine routinely spent days and nights at 3XX W. Valley Road, Apt. X, Appleton, Wisconsin because it is the address where one of his children and that child's mother reside.

13. On November 14, 2018, at approximately 6:35 p.m., the CI purchased approximately 55.1 grams of cocaine from Brent Katherine for $600 at or near 3XX W. Valley Road, Apt. X, Appleton, Wisconsin.

14. The CI made arrangements with Katherine to purchase 14 grams of cocaine for $600, but when the CI arrived at the residence, Katherine gave the CI two bags containing a total of 55.1 grams of cocaine and told the CI to "get rid of this stuff for me."

15. The CI owed Katherine additional money ("drug debt") for the extra cocaine that Katherine had unexpectedly provided to the CI.

**January 18, 2019 controlled buy of cocaine from Brent Katherine and payment of the drug debt to Katherine**

16. On January 18, 2019, at approximately 9:50 a.m., the CI purchased approximately 13.6 grams of cocaine from Brent Katherine at or near 3XXX N. Marcos Lane, Appleton, Wisconsin.

17. The CI paid Katherine $600 for the 13.6 grams of cocaine that the CI purchased that day, along with an additional $1,400 for the extra cocaine that Katherine had provided to the CI on November 14, 2018, for a total of $2,000.

18. Katherine told the CI that Katherine was low on cocaine and was possibly going to Illinois to re-up his cocaine supply.

**March 1, 2019 attempted controlled buy of cocaine from Brent Katherine**

19. The CI arranged to purchase four ounces of cocaine for $4,000 from Brent Katherine on March 1, 2019.

3

20. On March 1, 2019, at approximately 9:00 a.m., the CI attempted to call Katherine several times in order to confirm the location for the drug transaction. Katherine did not answer any of the CI's calls.

21. The CI then sent a text message to Katherine stating, "What's up I need that." Katherine replied, "When?" The CI responded to Katherine stating "20." The CI and Katherine then spoke on the phone and agreed to meet at the Meijer store located at 3801 N. Richmond Street, Appleton, Wisconsin.

22. The CI arrived at the meet location, but Katherine did not show up. The CI sent several text messages to Katherine that all went unanswered. The CI finally texted Katherine stating, "You come or no?" Katherine replied, "Give me a minute…"

23. After some time, when Katherine still did not show up at the Meijer store, the CI sent Katherine text messages stating that if Katherine was not going to come that CI was going to leave. Katherine responded stating, "I only got 3."

24. The CI eventually aborted the attempt to buy four ounces of cocaine from Brent Katherine on March 1, 2019, because Katherine was a no-show.

**March 6, 2019 attempted controlled buy of cocaine from Brent Katherine, and Katherine's arrest**

25. The CI arranged to purchase four ounces of cocaine from Brent Katherine on March 6, 2019, for $4,000 at the Meijer store located at 3801 N. Richmond Street, Appleton, Wisconsin.

26. While the CI was waiting in the Meijer parking lot for Katherine to arrive, Katherine texted the CI asking, "All in one bag good?" The CI replied, "Yup." At approximately 3:18 p.m., Katherine texted the CI stating, "Ok I'm ready."

4

27. At about 3:25 p.m., Katherine called the CI and told the CI that Katherine needed to "stop and grab it." Katherine changed the meet location to a Kwik Trip located across the street from the original meet location at the Meijer store.

28. At about 3:28 p.m., officers conducting surveillance at 3XX E. Commercial Street, Appleton, Wisconsin saw a Range Rover arrive at the residence.

> A. Brent Katherine routinely spent days and nights at 3XX E. Commercial Street in Appleton because it is the address where one of his children and that child's mother reside.
>
> B. About five or six times between July 2018 and November 2018, the CI had purchased cocaine from Brent Katherine at 3XX E. Commercial Street in Appleton.

29. The driver, Brent Katherine, exited the Range Rover, walked to the residence and then left the residence and re-entered the vehicle at about 3:36 p.m.

30. An individual having the initials W.J. was a front-seat passenger in the Range Rover, but W.J. remained in the vehicle while Katherine made his stop at the residence.

31. Surveilling officers followed Brent Katherine as Katherine drove off in the Range Rover. At approximately 3:45 p.m., Katherine pulled into the Kwik Trip meet location, drove slowly through the parking lot, and then stopped at one of the gas pumps.

32. Undercover officers attempted to conduct an arrest operation and take Katherine into custody. Two undercover vehicles began moving into position to block Katherine, who was in his Range Rover, from driving away – one approached the rear of Katherine's Range Rover and the other approached the front. The front-blocking undercover vehicle activated its red and blue emergency lights.

33. Katherine quickly accelerated his vehicle in reverse, causing an impact and damage to the rear-blocking undercover vehicle, and then put his vehicle in drive and quickly drove around the front-blocking undercover vehicle.

5

34. Katherine drove out of the Kwik Trip station, and other undercover officers covertly followed Katherine.

35. Katherine drove a short distance past the Meijer store (the original meet location) and entered the parking lot of Navitus Health, which is the building next to the Meijer store. In the Navitus Health parking lot, W.J. exited Katherine's vehicle.

36. Katherine then drove to the Meijer gas station and parked. Undercover officers followed and approached Katherine's Range Rover – one with its red and blue emergency lights activated – and attempted to block in Katherine's vehicle. Katherine again drove his vehicle in reverse and again made impact with the rear-blocking undercover car, but the undercover car continued to accelerate and Katherine then placed his vehicle in park. Katherine opened his door and surrendered to officers, who took Katherine into custody.

37. On March 6, 2019, on Katherine's person at the time of his arrest were large amounts of currency in his pants pocket and his coat pocket – totaling $10,251.00, which is the defendant property in this civil forfeiture case – and a bag containing 18.6 grams of marijuana was in Katherine's coat pocket.

38. Katherine's Range Rover contained small cocaine chunks and cocaine powder on the inside and the outside of the passenger door, as well as cocaine residue on the passenger's seat, floor board, door handle, and door compartment.

39. The approximately four ounces of cocaine that Brent Katherine was going to sell to the CI was purposely dumped inside and outside the Range Rover sometime between the time when officers attempted to arrest Katherine at the Kwik Trip and when officers arrested Katherine at the Meijer gas station.

40. Katherine's Range Rover also contained keys in the center console. One of those keys was to the residence located at 3XX E. Commercial Street, Appleton, Wisconsin, which key officers used to gain entry to that residence during execution of a search warrant.

**March 6, 2019 arrest and interview of W.J.**

41. Officers located W.J. walking in the Navitus Health parking lot and took W.J. into custody.

42. An employee at Navitus Health who saw W.J. walking in the parking lot stated that W.J. had pulled something white out of W.J.'s pocket and threw it between two parked cars and that W.J. kept walking and then threw W.J.'s hat between two parked cars.

43. The Navitus Health employee directed officers to where W.J. had thrown those items. At the identified locations, officers found a baggie containing 5.2 grams of cocaine and the hat.

44. On the roadway near the entrance to the Navitus Health building, officers also found was a baggie containing 25 full and 5 partial MDMA (ecstasy) pills for a total weight of 63.5 grams.

45. On March 6, 2019, officers conducted an mirandized recorded interview of J.W. at the Appleton Police Department (the "Interview").

46. During the Interview, J.W. admitted the following:

   A. On March 6, 2019, J.W. was a passenger in the Range Rover driven by Brent Katherine.

   B. Katherine drove to a gas station and pulled up to a pump. J.W. saw a vehicle in front of them and another on the side, "like an investigation [was] going on." Katherine then drove away.

   C. At some point, J.W. got out of the Range Rover, started walking and threw a hat, which officers recovered and J.W. positively identified as the hat he had thrown.

   D. While J.W. was still walking, officers made contact with him.

7

**March 6, 2019 mirandized recorded interview of Brent Katherine**

47. On March 6, 2019, officers conducted an mirandized recorded interview of Brent Katherine at the Appleton Police Department (the "Interview").

48. During the Interview, Brent Katherine admitted the following:

   A. 3XX W. Valley Road, Apt. X, Appleton, Wisconsin ("Valley Road residence") is the address where one of his children and that child's mother lives.

   B. 3XX E. Commercial Street, Appleton, Wisconsin ("Commercial Street residence") is the address where another one of his children and that child's mother lives.

   C. On March 6, 2019, prior to his arrest, Katherine left the Valley Road residence, went to the Commercial Street residence, and then drove to the gas station where officers arrested him.

**March 6, 2019 surveillance at 3XX E. Commercial Street, Appleton, Wisconsin, and interview of A.K.**

49. On March 6, 2019, officers continued surveillance at 3XX E. Commercial Street in Appleton after Brent Katherine left the residence at approximately 3:36 p.m.

50. At about 4:28 p.m., a female having the initials A.K. exited the residence and drove to a gas station. After A.K. parked her vehicle, officers approached A.K., identified themselves, and explained the reason for their contact with her.

51. During officers' conversation with A.K., A.K. stated the following:

   A. Brent Katherine is the father of her youngest child.

   B. Katherine had been to her home at 3XX E. Commercial Street in Appleton earlier that day.

   C. Katherine has keys to the residence at 3XX E. Commercial Street in Appleton.

   D. A.K. and her children are the only permanent residents at 3XX E. Commercial Street in Appleton, but Brent Katherine is over at the residence regularly.

8

**March 6, 2019 execution of search warrant at 3XX E. Commercial Street, Appleton, Wisconsin**

52. On March 6, 2019, at about 7:45 p.m., officers executed a search warrant at 3XX E. Commercial Street, Appleton, Wisconsin.

53. No one was present at the residence during execution of the search warrant.

54. Officers were able to gain entry to the residence by using the key that was found in the center console of Brent Katherine's Range Rover at the time of his arrest.

55. Below are some of the items inside the residence on March 6, 2019.

   A. Inside a cabinet in the hallway was a total of 229.9 grams of cocaine in seven individual baggies as follows: 139.8 grams, 27.4 grams, 27.8 grams, 13.6 grams, 4.9 grams, 6.3 grams, and 10.1 grams.

   B. Inside a purse in the northeast bedroom was a total of 2.6 grams of cocaine in four individual corner cut baggies of 1.3 grams, 0.5 grams, 0.4 grams, and 0.4 grams.

   C. Inside a second purse in the bedroom was $670, which currency is not included in this civil forfeiture case.

   D. Inside a drawer "at the south end of the house" was a total of 4.0 grams of cocaine in three individual baggies of 1.4 grams, 1.4 grams, and 1.2 grams.

   E. Inside a backpack on the kitchen counter were 15.2 grams of marijuana and $431, which currency is not included in this civil forfeiture case.

   F. Inside a kitchen drawer was a scale.

   G. Inside a kitchen cabinet were a Springfield Armory XD 40 caliber pistol bearing serial number CD459084 and a loaded magazine with 11 rounds of ammunition.

   H. Inside a safe in the basement were assorted ammunition and a document from an eye doctor appointment listing the patient as Brent Katherine.

   I. A.K.'s cell phone.

**Drug-related text messages on A.K.'s cell phone**

56. On March 10, 2019, officers conducted a forensic download of A.K.'s cell phone, which was seized during the search warrant executed at 3XX E. Commercial Street, Appleton, Wisconsin.

57. Several text messages on A.K.'s phone show that Brent Katherine sent people to the residence, 3XX E. Commercial Street in Appleton, to purchase cocaine and asked A.K. to take care of the transactions when Katherine was not at the residence.

58. Some of the drug-related text messages between A.K. and Katherine from February 15, 2019, through March 4, 2019, are as follows:

    A.    On February 15, 2019:

| From Katherine: | 8:22:14 PM | Make 2 balls |
|---|---|---|
| To Katherine: | 8:28:15 PM | K |
| To Katherine: | 9:36:43 PM | ? |
| To Katherine: | 9:38:23 PM | Was that 4 pops? |
| From Katherine: | 9:51:46 PM | No. omw |
| From Katherine: | 9:51:56 PM | Make another |

The street term "ball" is commonly referring to 3.5 grams of a drug.

    B.    On February 18, 2019:

| From Katherine: | 10:16:27 PM | DC coming your way. Just left basketball game. |
|---|---|---|
| To Katherine: | 10:18:50 PM | He sitting here |
| To Katherine: | 10:18:59 PM | Said its been 45min |
| From Katherine: | 10:38:42 PM | Give him a ball fam |
| From Katherine: | 10:39:08 PM | My phone f***ing up I'm shooting dice |
| To Katherine: | 10:48:35 PM | I didnt have 1 |
| To Katherine: | 10:54:24 PM | Wateves |
| To Katherine: | 10:59:27 PM | The boys were/r asleep So if u send someone dnt send them to the door. Conginac woke them up |
| To Katherine: | 11:00:03 PM | Good lucj |
| To Katherine: | 11:00:17 PM | Luck* |

    C.    On February 23, 2019:

| From Katherine: | 9:27:02 PM | Just made it from the mill |
|---|---|---|

10

D. On February 24, 2019:

| From Katherine: | 4:47:08 AM | Drive safe |
|---|---|---|
| From Katherine: | 2:35:07 PM | Could you grab some more bag |
| To Katherine: | 3:57:45 PM | Sure |
| To Katherine: | 3:58:41 PM | How many u need? |
| From Katherine: | 4:09:04 PM | 2 |
| To Katherine: | 6:16:51 PM | We b home like 830/9 |
| From Katherine: | 6:35:25 PM | Ok |
| To Katherine: | 8:05:40 PM | We're home hun |
| From Katherine: | 9:53:50 PM | Ok |

E. On February 25, 2019:

| To Katherine: | 4:51:22 PM | Thank you |
|---|---|---|
| From Katherine: | 4:57:57 PM | For what |
| To Katherine: | 5:02:50 PM | Sending him my way |
| From Katherine: | 5:03:51 PM | Indeed |
| From Katherine: | 5:06:09 PM | Pops coming your way to play 1 game with the kids |
| To Katherine: | 5:09:42 PM | Okay |
| To Katherine: | 5:29:08 PM | Ima put it in truck let him know |
| To Katherine: | 6:01:33 PM | He came |

F. On February 28, 2019:

| From Katherine: | 5:21:00 PM | I got any cash over there |
|---|---|---|
| To Katherine: | 5:21:31 PM | Yea |
| From Katherine: | 5:22:07 PM | How much |
| To Katherine: | 5:22:19 PM | 4 |
| From Katherine: | 5:23:29 PM | And not the 10 |
| To Katherine: | 5:24:28 PM | Wat is 10? |
| From Katherine: | 5:26:43 PM | Rubber bands |
| To Katherine: | 5:27:01 PM | Its up by towels |

G. On March 1, 2019:

| From Katherine: | 7:05:11 AM | Pops coming your way |
|---|---|---|
| To Katherine: | 8:49:54 AM | He didnt come yet |
| From Katherine: | 9:53:06 AM | He doze back off.  He on his way. |
| To Katherine: | 9:55:11 AM | K |
| To Katherine: | 11:14:24 AM | He grabed 2 |
| From Katherine: | 11:21:39 AM | Make what you got into 56 |
| To Katherine: | 11:36:15 AM | U alright sir |
| From Katherine: | 1:45:11 PM | Pops on his way 2 times |
| To Katherine: | 1:45:36 PM | Im not home |
| To Katherine: | 1:45:56 PM | 30 min |

11

| To Katherine: | 1:46:17 PM | Getting my 2 broken ???? |
| To Katherine: | 2:14:29 PM | 5 min |

H. On March 2, 2019:

| From Katherine: | 10:45:09 AM | Pops coming your way give him 10.5 for 4 hundred |
| To Katherine: | 10:47:19 AM | K b bk in 5 ran by dc n Ashley |
| To Katherine: | 10:47:43 AM | Of wats left tho? |
| From Katherine: | 10:48:03 AM | Yup |
| To Katherine: | 10:48:09 AM | K. Gotcha |
| To Katherine: | 10:48:41 AM | He said his car f****d up I mentioned u lpoling fir a different one he want dibbs |
| From Katherine: | 10:50:42 AM | Huh |
| To Katherine: | 12:21:55 PM | He still didn't come… |
| To Katherine: | 12:21:58 PM | Idk |
| From Katherine: | 12:22:26 PM | Ok |
| To Katherine: | 4:31:54 PM | Bout to leave |
| To Katherine: | 4:32:00 PM | He never came |

I. On March 4, 2019:

| To Katherine: | 6:06:21 PM | I need budz u know a guy or should i do the other thing |
| From Katherine: | 6:08:33 PM | I still got 2 |
| To Katherine: | 6:08:53 PM | Ill take 1 |

59. On March 6, 2019, one series of text messages exchanged between A.K. and Brent Katherine from about 1:02 p.m. through 1:19 p.m. – approximately two hours before Brent Katherine arrived at the residence, left a few minutes later, and drove to the meet location where he was to sell four ounces of cocaine to the CI for $4,000 – was as follows:

| From Katherine: | 1:02:22 PM | Mix that up for me please |
| From Katherine: | 1:07:34 PM | I need it |
| To Katherine: | 1:09:49 PM | Ok |
| From Katherine: | 1:10:24 PM | Thanks |
| From Katherine: | 1:10:49 PM | Put 4 and a half |
| To Katherine: | 1:19:24 PM | All right |
| To Katherine: | 1:19:32 PM | Done |

**Administrative Forfeiture Proceedings**

60. On or about April 24, 2019, the Drug Enforcement Administration ("DEA") commenced administrative forfeiture proceedings against the defendant property, approximately

12

$10,251.00 in United States currency, as money that was used or intended to be used in exchange for controlled substances or was proceeds of trafficking in controlled substances.

61. On or about May 24, 2019, Brent Katherine filed a claim to the defendant property, approximately $10,251.00 in United States currency, with the DEA in the administrative forfeiture proceedings.

**Warrant for Arrest In Rem**

62. Upon the filing of this complaint, the plaintiff requests that the Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b), which the plaintiff will execute upon the defendant property pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

**Claims for Relief**

63. The plaintiff alleges and incorporates by reference the paragraphs above.

64. By the foregoing and other acts, the defendant approximately $10,251.00 in United States currency was used or intended to be used in exchange for controlled substances, represents proceeds of trafficking in controlled substances, or was used or intended to be used to facilitate a violation of 21 U.S.C. § 841(a)(1).

65. The defendant approximately $10,251.00 in United States currency is therefore subject to forfeiture to the United States of America under 21 U.S.C. § 881(a)(6).

WHEREFORE, the United States of America prays that a warrant of arrest for the defendant property be issued; that due notice be given to all interested parties to appear and show cause why the forfeiture should not be decreed; that judgment declare the defendant property to be condemned and forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other and further relief as this Court may deem just and equitable, together with the costs and disbursements of this action.

Dated at Milwaukee, Wisconsin, this 21st day of August, 2019.

        Respectfully submitted,

        MATTHEW D. KRUEGER
        United States Attorney

By:   s/SCOTT J. CAMPBELL
       SCOTT J. CAMPBELL
       Assistant United States Attorney
       Scott J. Campbell Bar Number: 1017721
       Attorney for Plaintiff
       Office of the United States Attorney
       Eastern District of Wisconsin
       517 East Wisconsin Avenue, Room 530
       Milwaukee, Wisconsin 53202
       Telephone: (414) 297-1700
       Fax: (414) 297-1738
       E-Mail: scott.campbell@usdoj.gov

## Verification

I, Jeremiah Winscher, hereby verify and declare under penalty of perjury that I am a Task Force Officer with the Drug Enforcement Administration (DEA) in Milwaukee, that I have read the foregoing Verified Complaint for Civil Forfeiture *in rem* and know the contents thereof, and that the factual matters contained in paragraphs 8 through 59 of the Verified Complaint are true to my own knowledge.

The sources of my knowledge and information are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others, as a Task Force Officer with DEA.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

Date: 8/20/19

s/JEREMIAH WINSCHER
Jeremiah Winscher
Task Force Officer
Drug Enforcement Administration

JS 44 (Rev. 09/11)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

Place an "X" in the appropriate box: ☒ Green Bay Division ☐ Milwaukee Division

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

**DEFENDANTS**
APPROXIMATELY $10,251.00 IN UNITED STATES CURRENCY

(b) County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Outagamie
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Scott J. Campbell, AUSA
US Attorney's Office, #530 Federal Building
517 E. Wisconsin Avenue, Milwaukee, WI 53202 (414-297-1700)

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
*(For Diversity Cases Only)* *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Med. Malpractice

**TORTS — PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- **Habeas Corpus:**
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☒ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition)
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district *(specify)*
☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
21 USC § 881(a)(6)

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: 08/21/2019
SIGNATURE OF ATTORNEY OF RECORD: s/SCOTT J. CAMPBELL

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

---

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                        Case No.

APPROXIMATELY $10,251.00 IN UNITED
STATES CURRENCY,

    Defendant.

---

## WARRANT FOR ARREST IN REM

---

    To:    THE UNITED STATES MARSHAL
              Eastern District of Wisconsin

WHEREAS, a Verified Complaint for Civil Forfeiture *in rem* was filed on the 21st day of August, 2019, by the United States Attorney for the Eastern District of Wisconsin, which seeks the forfeiture of the above-named defendant property pursuant to Title 21, United States Code, Section 881(a)(6), and which prays that process issue to enforce the forfeiture and to give notice to all interested parties to appear before the court and show cause why the forfeiture should not be decreed; and due proceedings being had, that the defendant property be condemned and forfeited to the use of the United States of America.

YOU ARE THEREFORE HEREBY COMMANDED to attach and arrest the defendant property, approximately $10,251.00 in United States currency, which was seized on or about March 6, 2019, from Brent Katherine at or near 3995 N. Richmond Street, Grand Chute, Wisconsin, and which is presently in the custody of the United States Marshal Service in Green

Bay, Wisconsin, in the Eastern District of Wisconsin, and to detain the same until further order of this Court.

Dated this _____ day of _____, 2019, at Green Bay, Wisconsin.

STEPHEN C. DRIES
Clerk of Court

By: _____
Deputy Clerk

**Return**

This warrant was received and executed with the arrest of the above-named defendant.

Date warrant received: _____

Date warrant executed: _____

Name and title of arresting officer: _____

Signature of arresting officer: _____

Date: _____