UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                                   Case No. 19-CV-1213

APPROXIMATELY $10,251.00 IN UNITED STATES CURRENCY,

        Defendants.

---

## ORDER GRANTING CLAIMANT BRENT KATHERINE'S MOTION TO STAY FORFEITURE PROCEEDINGS

---

Upon consideration of Claimant Brent Katherine's motion to stay this matter pending resolution of Mr. Katherine's related criminal prosecution, and the United States' stipulation to the motion to stay, this Court finds that good cause appears for the stay.

IT IS HEREBY ORDERED that the motion to stay is GRANTED and that this civil forfeiture case shall be stayed and administratively closed, effective October 22, 2019, after the close of the claim-filing deadline for persons who did not receive direct notice of the complaint.

IT IS FURTHER ORDERED that, within fourteen (14) days after the state criminal charges against Claimant Brent Katherine in Outagamie County Case No. 19CF774 are resolved, Mr. Katherine shall so advise the United States and the Court in writing.

IT IS FURTHER ORDERED that, before that time, either the United States or Claimant Katherine may move this Court to lift the stay and the opposing party will be given the opportunity to respond to the motion.

IT IS FURTHER ORDERED that Claimant Brent Katherine may timely file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after the stay is lifted.

**SO ORDERED** this  23rd  day of September, 2019

s/ William C. Griesbach<br>
William C. Griesbach, Chief Judge<br>
United States District Court